In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00061-CV

                                                ______________________________

 

 

      HERBERT R. PUTZ AND E.T. AGSERVICES, COMPANY,
Appellants

 

                                                                V.

 

                                           DAVID JACOBS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 62nd
Judicial District Court

                                                              Delta County, Texas

                                                            Trial
Court No. 10157

 

                                                
                                                  

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM  OPINION

 

            Appellants,
Herbert Putz, and E.T. Agservices Company, have filed with this Court a motion
to dismiss the pending appeal in this matter. 
Appellants represent to this Court that the parties have reached a full
and final settlement.  In such a case, no
real controversy exists, and in the absence of a controversy, the appeal is
moot.

            We
grant the motion and dismiss this appeal.

 

 

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          August
10, 2010

Date Decided:             August
11, 2010